*EXHIBIT A*

## Equity Agreement

between

**KIS Surety Bonds, LLC ("Investor')**

and

**Talisman Casualty Insurance Company, LLC (THE COMPANY)**

This is an agreement between (*Talisman Casualty Insurance Company, LLC*), a Limited Liability Corporation organized and licensed under the laws of (*Nevada) and an admitted insurer licensed as a Sponsored Protected Cell Captive Insurance Company* (hereafter referred to as "The Company") and (KIS, LLC), a U.S. limited liability corporation organized under the laws of Florida (hereafter referred to as "The Investor"). The Company now seeks investment for the purpose of providing surplus to the core of the protected cell captive insurer.

The Investor hereby agrees to purchase (*400) shares* in The Company at a current value of $ *(13,000)* for each share for a total investment of $*(5,200,000)*. These share represent *(40%)* of the outstanding value of The Company currently.  The Investor's liability in The Company shall be limited to its investment in The Company.

The Investor is entitled to receive such dividends as may from time to time be paid to shareholders holding the same class of stock.  The Investor shall be given at least 60 days notice of any intended sale of additional shares of The Company and, will have the right, but not the obligation to purchase additional shares to maintain its Ownership at the price that is offered to other investors.  The Investor will have 15 days from the date of notice to notify The Company of its decision to purchase additional shares.

The Company will be *in default* under this agreement if any of the representations and warranties are incorrect in a material way; The Company fails to live up to its obligations and fails to correct such a situation within thirty days; The Company fails to meet an obligation to another creditor if such failure threatens to materially impair The Company's ability to meet its obligations under this agreement; The Company denies that it has any obligations to The Investor under this agreement; The Company is subject to a judgment or lien totaling $500,000 or more; The Company enters a request for protection under bankruptcy laws or similar proceeding; The Company is dissolved or disposes of a substantial portion of its assets without the prior consent of The Investor.

If The Company is *in default* The Investor has the right to take any appropriate legal measures to satisfy The Company's obligations under this agreement.

The Investor will be notified 10 days prior to shareholder meetings and has the right to attend such meetings.  In addition, The Company is obligated to send The Investor copies of the minutes or other records of its Shareholder and Board meetings and copies of its audited annual financial statements. The Company agrees to submit progress reports every six months for the duration of the investment and annually thereafter.   The Investor's report format with baseline data for the Company is included in Appendix A.

The Investor agrees to maintain all information received under this agreement in confidence and to use such information solely for the purpose of monitoring and making decisions relating to its investment.

The Company agrees that it will inform The Investor at least 30 days in advance of any merger, consolidation or sale of the Company and provide The Investor with documentation in form and substance reasonably acceptable to The Investor that demonstrates that the obligations of this agreement are assumed by the successor corporation.  Should The Investor determine in its sole opinion that a sale of the Company is not in The Investor's best interest, then The Company is obligated to purchase The Investor's interest at the then current market value.

The Investor will notify The Company, if it decides to sell its shares of The Company, of all terms including purchasing price and purchaser.   The Company will have 15 days to notify The Investor whether it will purchase the shares.  If The Company declines The Investor's offer, The Investor may sell the shares to any entity on the terms offered to The Company for a period of 30 days.   However, this Shareholder Agreement is not transferable, without prior approval by The Company and such approval would not be unreasonably withheld.

The Company agrees that it will not buy back the shares of any existing shareholder unless it also offers The Investor the opportunity to sell its shares back to the Company on the same terms as any existing Shareholders.

The Company represents and warranties that: it is a legal entity in (Nevada) in good standing and authorized by law to enter into this agreement; this agreement is enforceable and does not violate any other agreement or understanding that The Company is party to; that The Company is in compliance with all appropriate laws and tax requirements; and The Company has provided complete, current and accurate information about its condition.

The Company agrees that during the term of this agreement it will comply with all appropriate laws and regulations; keep full and accurate business records and make these available to The Investor upon reasonable notice; and indemnify The Investor against any third party claims that grow out of this agreement.

The Investor will be represented by its Executive Director or his designee.  All notices required hereunder, other than notices pursuant to Paragraph 6, will be sent by US Mail return receipt requested.  Notices will be deemed to occur on the date of mailing.  Shareholder notices may be sent by any means including FAX.  Correspondence to The Investor should be addressed to The Investor at (725 Primera Blvd., Suite 115, Lake Mary, FL, 32746).  The Company will be represented by its Chairman or his designee.  All correspondence should be sent to (Mr. Jeffrey Schaff, 9075 W. Diablo Dr, Suite 140, Las Vegas, Nevada, 89148).  The Investor and The Company agree that this agreement is entered into and governed by the laws of the State of (Nevada) without regard to choice of law.

Dated:  _12 - 11 - 16_

For The Investor: _Amanda S. Varga_
Name: Amanda S. Varga
Executive Director

For The Company_____
Name:  Jeffrey Schaff
President