# David Beckerman

| | |
|---|---|
| **From:** | jeff feldman <jefffeldman411@yahoo.com> |
| **Sent:** | Thursday, August 1, 2019 2:31 PM |
| **To:** | Andrew Seiden |
| **Subject:** | Fw: CONFIRMATION OF FUNDS TRANSFERRED |

----- Forwarded Message -----
**From:** "kapatoesm@aol.com" <kapatoesm@aol.com>
**To:** "jefffeldman411@yahoo.com" <jefffeldman411@yahoo.com>
**Sent:** Thursday, December 29, 2016, 11:27:26 AM EST
**Subject:** CONFIRMATION OF FUNDS TRANSFERRED

| | |
|---|---|
| **Order Number:** | 190343158 |
| **From:** | Business Advantage Chk - 9988 : Avail. Bal $5,440,270.63 |
| **To:** | TALISMAN EQUITY CONTRIBUTION (BB&T) |
| **Delivery speed:** | Same Day |
| **Amount:** | $75,000.00 |
| **Fee:** | $30.00 |
| **Frequency:** | One time, immediately |
| **Start on date:** | 12/29/2016 |
| **Estimated arrival date:** | 12/29/2016 |
| **Transfer description :** | TALISMAN PROOF OF FUNDS |
| **Email to recipient :** | **Email to**<br>MARTY@CONFIRMEDFUNDS.COM<br><br>**Email from**<br>avarga03@aol.com<br><br>**Subject**<br>Money Transfer from KINGFISH INSURANCE SERVICES, LLC<br><br>**Message**<br>Hi,<br><br>$75000 is being transferred electronically to your account at BB&T.<br><br>Contact me directly if you have any questions. I've chosen to have this message sent from my bank to confirm that the transfer is scheduled.<br><br>Regards,<br>KINGFISH INSURANCE SERVICES, LLC |

1

Mark J. Kapatoes
President
Kapatoes Insurance Services, LLC
203-507-6068

This message and any other attachment thereof contains information that is confidential and privileged.  Unless you are the addressee or authorized to receive for the addressee, you may not use, copy or disclose the message or any information contained in the message to anyone. If you have received the message in error, please advise the sender by reply and delete the message. Thank you.