EXHIBIT C



BANK CONFIRMATION LETTER

DATE: DECEMBER 29, 2016

ACCOUNT HOLDER     : TALISMAN CASUALTY INSURANCE COMPANY, LLC
ACCOUNT NUMBER     : 00000624990054456
BANK OFFICER       : KENNETH HOME
TELEPHONE NUMBER   : 1-866-293-2106

TO: TALISMAN CASUALTY INSURANCE COMPANY, LLC

RE: BANK CONFIRMATION LETTER FOR TALISMAN CASUALTY INSURANCE COMPANY, LLC

WE, JP MORGAN CHASE BANK NORTH AMERICA, CONFIRM THAT AT THE REQUEST OF OUR CLIENT, TALISMAN CASUALTY INSURANCE COMPANY LLC, ARE WRITING TO CONFIRM THAT THE ACCOUNT HAS A CURRENT BALANCE OF $5,200,000.00 (FIVE MILLION TWO HUNDRED THOUSAND UNITED STATES DOLLARS) ONLY AS OF DECEMBER 29, 2016

WE FURTHER CONFIRM THAT THESE FUNDS ARE FREE AND CLEAR OF ANY LIENS OR ENCUMBRANCES AND THAT THESE FUNDS ARE GOOD, CLEAN AND CLEAR FUNDS OF NON-CRIMINAL ORIGIN.

FOR ANY QUESTIONS REGARDING THIS LETTER, PLEASE CONTACT THE PRIVATE CLIENT SERVICES DEPARTMENT AT TOLL FREE 1-866-293-2106.

YOURS FAITHFULLY,

AUTHORIZED SIGNATURE                              AUTHORIZED SIGNATURE

_____                           _____

KENNETH HOME                                      JOVY LY
PRIVATE BANKER                                    PRIVATE CLIENT SERVICES
TELEPHONE: 1-866-293-2106 EXT 3

JPMorgan Chase Bank, N.A. Member FDIC



JP Morgan Chase Bank
P O Box 659754
San Antonio, TX 78265-9754

DECEMBER 01 through DECEMBER 29 2018
Account Number: 000000624990054456

00313841 DRE 703 210 12110 - NNNNN 1 000000000 61 0000
TALISMAN CASUALTY INSURANCE COMPANY LLC
9075 W DIABLO DR SUITE 140
LAS VEGAS, NV 89148

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web Site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY   Chase Business Classic

| | AMOUNT |
|---|---|
| Beginning Balance | $5,200,000.00 |
| Deposits and Additions | 0.00 |
| Ending Balance | $5,200,000.00 |

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | $0.00 |
| Total Deposits and Additions | | $0.00 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/29 | $5,200,000.00 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 0 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| Total Service Fees | $0.00 |



RECEIVED
FEB 1 5 2019
S & C Claims



JP Morgan Chase Bank
P O Box 659754
San Antonio, TX 78265-9754

DECEMBER 01 through DECEMBER 29 2016
Account Number: 000000824990054456

TALISMAN CASUALTY INSURANCE COMPANY LLC
9075 W DIABLO DR SUITE 140
LAS VEGAS, NV 89148

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web Site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY — Chase Business Classic

| | AMOUNT |
|---|---|
| Beginning Balance | $5,200,000.00 |
| Deposits and Additions | 0.00 |
| Ending Balance | $5,200,000.00 |

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | $0.00 |
| Total Deposits and Additions | | $0.00 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/29 | $5,200,000.00 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 0 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| Total Service Fees | $0.00 |



RECEIVED FEB 15 2019  S & C Claims