UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

KIS SURETY BONDS, LLC            CASE NO: 9:19-cv-80358-DMM

    Plaintiff,

vs.

TALISMAN CASUALTY INSURANCE
COMPANY, LLC a Florida Limited
Liability Company, and TALISMAN
CASUALTY INSURANCE COMPANY
LLC, a Nevada Limited Liability Company

    Defendants.
_____/

## PLAINTIFF KIS SURETY BONDS LLC's
## WITNESS LIST INTENDED TO BE CALLED AT TRIAL

Plaintiff KIS SURETY BONDS, LLC ("KIS"), by and through its undersigned counsel, submits its list of witnesses that it intends to call at trial, pursuant to the Court's Pretrial Scheduling Order [Dkt. 10, p. 5]. KIS states as follows:

1. The name and, if known, the address of each individual KIS intends to call as a witness at trial:

    (a)    Joseph Marcantel

    Address unknown. Can be contact through Defense counsel

    (b)    Jeffrey Schaff

    Address unknown. Can be contact through Defense counsel

    (c)    A Representative of the Nevada Division of Insurance

    Address unknown.

1

(d)     A Representative of the Florida Office of Insurance Regulation

Address unknown.

(e)     A Representative of the New York Department of Insurance

Address unknown.

(f)     John S. Maloney, CPA

Address unknown.

(g)     A Representative of Citadel Underwriters, Inc.,

Address unknown. Can be contact through Defense counsel

(h)     Mark Kapatoes

   1180 Brampton Place

   Lake Mary, FL 32746

(i)     Randy Schleger

    250 South Ocean Blvd Apt 2A

    Boca Raton 33432


(j)     Jefferey Feldman

    8215 SW 72 Ave #1107
    Miami, Fla 33143

(k)     Amanda Vargas

    1180 Brampton Place

    Lake Mary, FL 32746


(l)     Martien Eehart

Address unknown.

  (m)  Jeffery Keast, and

Address unknown.

  (n)  Randall D. Ross

Address unknown.

              **Respectfully submitted,**

              Counsel for the Plaintiff
              Seiden Law Group, LLC.
              150 East Boca Raton Road, Suite B
              Boca Raton, Florida 33432
              (561) 703-7002
              aseiden@seidenlawgroupllc.com

              By:_____/s/  Andrew Seiden_____
                 Andrew Seiden, Esq.
                 Florida Bar No. 373672

              DAVID M. BECKERMAN, P.A.
              7000 West Palmetto Park Road - Suite 500
              Boca Raton, FL 33433
              David@beckermanlaw.com
              (561) 391-6000 Office

              By:____/s/ David M. Beckerman____
                 David M. Beckerman, Esq.,