## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

KIS Surety Bonds, LLC,                         CASE NO.:  9:19-cv-80358-DMM

           Plaintiff,

vs.

Talisman Casualty Insurance Company,
LLC, et al.

           Defendants.

_____ /

## MEDIATOR'S REPORT

      Erika Deutsch Rotbart, Esq., the undersigned certified Mediator, reports to this Honorable Court as follows:

      The Mediation was held on **October 17, 2019** and

_____     AN AGREEMENT WAS REACHED.

_____     The Agreement is attached with consent of the parties.

___X_____     NO AGREEMENT WAS REACHED; IMPASSE.

_____     The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation.  Notice of the continuation shall be provided to the parties and filed with the Court.  If no Notice of an Agreement is filed with the Court on or before __/__/19, than this Matter shall be deemed at an impasse.

_____     Other:_____


                  s/Erika Deutsch Rotbart
                  Erika Deutsch Rotbart, Esq.
                  FL Bar No. 0047686
                  Mediator Certification No. 17024 CR

1

## <u>CERTIFICATE OF SERVICE / SERVICE LIST</u>

**I HEREBY CERTIFY** that on **October 17, 2019**, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in this Service List in the manner specified, either via transmission of the Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Andrew Seiden, Esq.
aseiden@seidenlawgroupllc.com

Davide Beckerman, Esq.
david@beckermanlaw.com

Brett Divers, Esq.
bdivers@mpdlegal.com

Ryan J. Weeks, Esq.
rweeks@pbdlegal.com

DEUTSCH ROTBART & ASSOCIATES, P.A.
Mediator
4755 Technology Way, Suite 106
Boca Raton, Florida 33431
Telephone: 561.361.8010
Facsimile: 561.361.8086

BY:  s/Erika Deutsch Rotbart
        Erika Deutsch Rotbart
        Florida Bar No.: 0047686
        Mediator Certification No. 17024 CR