UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No: 19-cv-80358-MIDDLEBROOKS

KIS SURETY BONDS, LLC,

    Plaintiff,

v.

TALISMAN CASUALTY INSURANCE COMPANY,
LLC, a Nevada Limited Liability Company,
and MARTIEN EERHART,

    Defendants.
_____/

### ORDER DISMISSING DEFENDANT

THIS CAUSE comes before the Court on the Joint Stipulation of Dismissal filed by Plaintiff KIS Surety Bonds, LLC and Defendant Talisman Casualty Insurance Company, LLC, filed on October 31, 2019. (DE 44). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss these claims.

Accordingly, it is hereby **ORDERED and ADJUDGED** that

1. Plaintiff's claims against Defendant Talisman Casualty Insurance Company, LLC, are **DISMISSED WITH PREJUDICE**.

2. The Clerk of Court shall **TERMINATE** Defendant Talisman Casualty Insurance Company, LLC, as a defendant in this matter.

3. The Court will retain jurisdiction to enforce the Parties' settlement agreement once this case is closed, as the Parties request.

**SIGNED** in Chambers in West Palm Beach, Florida, this 31st day of October, 2019.

                                          Donald M. Middlebrooks
                                          United States District Judge